UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X

LARRY JACOBSON, as Chairman of the Joint Industrial
Board of the Electrical Industry,

                      Plaintiff,

-against-

ARTEMIS ELECTRICAL SERVICES, INC.,

                      Defendant.
----------------------------------------------------------------- X

04-CV-2567 (ARR) (VVP)

NOT FOR ELECTRONIC
OR PRINT
PUBLICATION

ORDER

ROSS, United States District Judge:

I have received the Report and Recommendation on the instant case dated August 31, 2007 from the Honorable Marilyn Go, United States Magistrate Judge. No objections have been filed. Having conducted a de novo review of the record, I hereby adopt the Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1) and order the entry of a default judgment against the defendant. In addition, plaintiff is granted judgment in the amount of $346,645.46, together with a daily rate of interest of $32.74 from September 1, 2007 through the date of entry of judgment. The clerk of the court is instructed to enter judgment accordingly.

SO ORDERED.

                                          s/Allyne R. Ross
                                          Allyne R. Ross
                                          United States District Judge

Dated: November 1, 2007
         Brooklyn, New York

## SERVICE LIST:

Attorney for Plaintiff

**Manlio C. DiPreta**
Cohen, Weiss and Simon LLP
330 West 42nd Street
New York, NY 10036
212-356-0272

**Maureen C. McGrath**
Cohen, Weiss and Simon LLP
330 West 42nd Street
New York, NY 10036
212-356-0251

Defendant

25-25 49th Street
Long Island City, NY 11103

5-36 46th Road (Rear)
Long Island City, New York 11101

cc: Magistrate Judge Marilyn Go